Petition for Writ of Mandamus Denied and Opinion filed May 27, 2004









Petition for Writ of Mandamus Denied and Opinion filed
May 27, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00454-CV

____________

 

IN RE DEWAYNE MARKS SHELTON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On May 11, 2004, Relator, filed a
petition for writ of mandamus in this Court, .  See Tex.
Gov=t code ann' 22.221 (Vernon Supp. 2003); see also Tex. R. App. P. 52.  Relator seeks a
writ of mandamus directing the trial court to set a reasonable bail, to rule in
writing on pretrial motions, and to set a pretrial hearing two weeks before
trial. 

We deny relator=s petition for writ of mandamus.  He has not fully complied with the requisites
of Texas Rule of Appellate Procedure 52.

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed May 27, 2004.

Panel consists of
Justices Yates, Anderson, and Hudson.